Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2017

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
Benjamin Chambliss, Esq.
Nevada Bar No. 11536
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 10-12-17

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>JAMPA KHAMWONGWAN,<br><br>Debtor(s). | BK-S-17-13079-ABL<br>Chapter 13<br><br>**ORDER ON TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1307(c)(1) AND (4)**<br><br>Hearing Date: October 5, 2017<br>Hearing Time: 2:00 P.M. |
|---|---|

Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307(c)(1) and (4) (dkt #21) having come on for hearing in the above-entitled Court on October 5, 2017, at 2:00 p.m., with appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, that Trustee's Motion is GRANTED and the above captioned bankruptcy proceeding is DISMISSED pursuant to 11 U.S.C. § 1307(c)(4);

IT IS SO ORDERED.

Submitted by:

/s/ Benjamin Chambliss

Date: 10/11/17

Benjamin Chambliss, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

    In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_The court has waived the requirement set forth in LR 9021(b)(1).

    _X_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether  the party has approved, disapproved, or failed to respond to the document]:

    \_\_\_I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Leah Engel

Date: 10-12-17

Leah Engel
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

2

###